JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | 5:24-cv-01075-AB-SHK | Date: | July 26, 2024 |
|---|---|---|---|

| Title: | Lynn Macy v. County of San Bernardino Board of Supervisors |
|---|---|

**Present: The Honorable ANDRÉ BIROTTE JR., United States District Judge**

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER **DISMISSING** CASE FOR FAILURE TO PAY FILING FEE

On May 28, 2024, the Court issued an Order denying Plaintiff's application to proceed in forma pauperis, and gave her 30 days to pay the filing fee in full, or the case would be dismissed without prejudice.

As of the date of this Order, Plaintiff has not paid the filing fee.

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to pay the filing fee.

**IT IS SO ORDERED**.